UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------x

UNITED STATES OF AMERICA

   -v-                                                                                                  No.  22-CR-473-LTS

MICKY COLON MARTINEZ,                                                           O<span style="font-variant:small-caps">RDER</span>

       Defendant.

-------------------------------------------------------x

       The sentencing in this case is hereby rescheduled to proceed on Thursday, September 28, 2023, at 3:00 pm in Courtroom 17C.  The parties' attention is directed to the attached information regarding courthouse entry, and to the Court's policies regarding courthouse entry and COVID-19 test reporting protocols, which are available on the Court's website, at https://www.nysd.uscourts.gov/covid-19-coronavirus.

       The parties are directed to email Chambers at SwainNYSDCorresp@nysd.uscourts.gov any documents they would like the Court to consider during or in connection with the proceeding at least 24 hours in advance of the proceeding.

       SO ORDERED.

Dated: New York, New York                                         _/s/ Laura Taylor Swain_____
       August 14, 2023                                                  LAURA TAYLOR SWAIN
                                                                              Chief United States District Judge